OPINION — AG — ** HIGHWAY CASH — PROFESSIONAL PLANNER — EXPENSES ** A PROFESSIONAL PLANNER EMPLOYED AND USED SOLELY FOR PLANNING COUNTY ROADS WITHIN CREEK COUNTY MAY BE PAID HIS SALARY, OR A PORTION THEREOF, FROM THE HIGHWAY CASH FUND OF SAID COUNTY. (FEDERAL PROGRAM, CITY COUNTY COOPERATIVE PLANNING COMMISSION, COUNTY ROADS, SALARY, WAGE, FUNDS, COUNTY HIGHWAY FUND, COUNTY HIGHWAY CONSTRUCTION AND MAINTENANCE FUND) CITE: 47 O.S. 22.2 [47-22.2](D) 19 O.S. 866.1 [19-866.1] — 19 O.S. 866.2 [19-866.2], 68 O.S. 727.3 [68-727.3], 68 O.S. 732 [68-732] (MOTOR FUEL TAX), 68 O.S. 827.1 [68-827.1] (W. J. MONROE) (EMPLOYE, EMPLOYEE)